# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50093
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2018

Lyle W. Cayce
Clerk

BRANDI K. STOKES,

 Plaintiff - Appellant

v.

CHRISTOPHER LANCE CORSBIE; PERRY QUILLIN MINTON; UNITED
STATES OF AMERICA,

 Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-115

Before REAVLEY, HIGGINSON, and WILLETT, Circuit Judges.

PER CURIAM:*

 Lacking any jurisdiction for this court to entertain claims against the United States, the judgment is affirmed.

 AFFIRMED.

---

 * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.